

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00329-CV

Hana **ALSARABI**,
Appellant

v.

**TEXAS FIRST RENTAL, LLC**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI11218
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
             Irene Rios Justice
             Beth Watkins, Justice

Delivered and Filed: July 3, 2024

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On May 23, 2024, appellant Hana Alsarabi filed a motion to dismiss this appeal. The motion contains a certificate of service to counsel for appellee Texas First Rental, LLC, and appellee has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM